Attachment TO 22-1250-TCC-KGG
                    ↑
                Case number:

When I was the recepient of SSDI Benefits from the Social Security Administration

*Attachment*
for
Response

FILED
U.S. District Court
District of Kansas

DEC 14 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

Damon Wheeler
330 W. 2nd St
219-546-9289

# Social Security Administration
## Retirement, Survivors and Disability Insurance

SOCIAL SECURITY
3216 N CYPRESS ST
WICHITA, KS 67226-4002
Date: December 05, 2022
BNC#: 22D1558C36904
KCT

DAMON L. WHEELER
330 W 2ND ST
WICHITA, KS 67202-1129

Dear DAMON L. WHEELER

You were found to be disabled on 02/07/07 and received Social Security benefits until your 02/2021, when your benefits ceased due to work. In 10/22, we found you to be no longer disabled medically. You have appealed both of these decisions and the determinations are pending.

### Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.

2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.

3. You may also call your local office at 866-931-9173.

> SOCIAL SECURITY
> 3216 N CYPRESS ST
> WICHITA, KS 67226-4002

How are we doing? Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*