

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

DEC 2 8 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

DAMON LAMONT WHEELER
Plaintiff

VS            Case No: 22-1250—TCC-KGG

COLEMAN USA et. Al.

## MOTION TO OBJECT

In conjunction with the Federal Guidelines Under 28 U.S.C. S. 636 (b) (1) in a written submitted objection the Kansas Human Rights Commission, and the Equal Employment Opportunity Committee Plaintiff Damon L. Wheeler entering in this response

in motion to object specifying specifically under 28 U.S.C. S. 636 (b) (1) that this written objection that other defendants were Filed in show cause order were dismissed except for (Wendy's) Cotti Foods Midwest. Cotti Foods Midwest under the Kansas Statue Annotated Law 44-808 were in 445- Violation of Civil Rights, Discrimination and Americans with Disabilities Act- Employment. Under Federal Guidelines 29 CFR 1630
29 CFR PART 525

I DAMON L. WHEELER(Plaintiff) request that the courts grant this Motion To Object from Prior Show Cause to Proceed in Federal Compliance filed in a timely manner with former employer adhering to the asking of the courts for this Motion To Object.

Damon L. Wheeler

*Damon L. Wheeler*
219-546-9289
330 W. 2nd ST.
Wichita, KS 67202