# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMON LAMONT WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 6:22-cv-01250-TC-JGG |
| COLEMAN USA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## ENTRY OF APPEARANCE

Brent N. Coverdale of the law firm of Scharnhorst Ast Kennard Griffin PC enters his appearance as counsel for Defendant Cotti Foods Midwest in the above-captioned matter.

Respectfully submitted,

*s/ Brent N. Coverdale*
Brent N. Coverdale            KS #18798
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut Street, Suite 1950
Kansas City, MO  64106-2197
Tel: (816) 268.9400
Fax: (816) 268.9409
Email: bcoverdale@sakg.com

Daniel F. De La Cruz (*pro hac vice in process*)
Sheppard Mullin
501 W. Broadway, 19th Floor
San Diego, CA 92101-3598
Telephone: (619) 338-6500
Facsimile:  (619) 515-4158
Email: ddelacruz@sheppardmullin.com

***Counsel for Defendant Cotti Foods Midwest***

{00226193.DOCX}

## **CERTIFICATE OF SERVICE**

   I certify that a true copy of the foregoing was filed via the Court's CM/ECF system this 3rd day of February 2023, which sent electronic notice to all counsel of record.

                 */s/ Brent N. Coverdale*
                 Counsel for Defendant Cotti Foods Midwest