# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMON LAMONT WHEELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 6:22-cv-01250-TC-KGG |
| COLEMAN USA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## DEFENDANT COTTI FOODS MIDWEST INC.'s
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cotti Foods Midwest, Inc. makes the following disclosure. No publicly traded company owns 10% or more of Cotti Foods Midwest, Inc.'s stock, and it does not have any non-wholly owned subsidiary that issues shares to the public.

Dated: February 8, 2023          Respectfully submitted,

By:   *s/ Brent N. Coverdale*
Brent Coverdale            KS # 18798
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut Street, Suite 1950
Kansas City, MO  64106-2197
Tel: (816) 268.9400
Fax: (816) 268.9409
Email: bcoverdale@sakg.com

Daniel F. De La Cruz (*pro hac vice in process*)
501 W. Broadway, 19th Floor
San Diego, CA 92101-3598
Telephone:     (619) 338-6500
Facsimile:     (619) 515-4158
Email:          ddelacruz@sheppardmullin.com

*Counsel for Defendant Cotti Foods Midwest*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of February, 2023, a true and correct copy of the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of said filing to all counsel of record.

                                            *s/ Brent N. Coverdale*
                                            Attorney for Defendant Cotti Foods Midwest, Inc.