IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

FEB 13 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

DAmon Lamont Wheeler )
)
Plaintiff(s), )
)
v. )   Case No. 22-1250-TC-KGG
)
Coleman et. Al )
)
Defendant(s). )
)

## MOTION FOR APPOINTMENT OF COUNSEL
## AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, DAmon Lamont Wheeler, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's Pro Se Guide (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff confer with (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney __Cindy Tuttle__
    Firm Name __lawyers.com__
    Address __800 E 101st Terrace, Suite 350, Kansas City 64007__
    Date(s) of Contact __Jan 10th 2023__
    Method of Contact __telephone call (816) 941-9994__
    Response Received __non representation case load__

(2) Name of Attorney __McConnel__
    Firm Name __McConnel Law firm__
    Address __100 N Broadway ST 400__
    Date(s) of Contact __Jan 9th 2023__
    Method of Contact __phone call (316) 243-5903__
    Response Received __non-representation__

(3) Name of Attorney __Alijah K Johnson PC L__
    Firm Name __Wiley Walsh Law firm__
    Address __1011 San Jacinto Blvd ST 101__
    Date(s) of Contact __Jan 8th__
    Method of Contact __phone call__
    Response Received __(512) 271-5521__

-2-

4)  Name of Attorney  NOLA Foulston
    Firm Name  Foulston Law Office (paralegal)
    Address  8100 e 22nd north  (spoken with)
    Date(s) of Contact  Jan 4, 2023
    Method of Contact  Phone Call
    Response Received  non representation possible conflict intrst.

(5) Name of Attorney  Stephen J. House
    Firm Name  House Atty At Law
    Address  Petroleum Building 221 S. Broadway
    Date(s) of Contact  ste. 310 Wichita KS 67202 (ph) 316 269 3477
    Method of Contact  Phone Call
    Response Received  non able representation

(6) Name of Attorney  Tiara Chronister
    Firm Name  Ralston Kinney LLC
    Address  4717 Grand Avenue st 300 Knsey city 64112
    Date(s) of Contact  Jan 4th 2023
    Method of Contact  phone call (816) 298-0086
    Response Received  non Representation

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

Yes ☑   No ☐

*OR*

I have completed and am now filing an Affidavit of Financial Status along with this motion.

Yes ☑   No ☐

In addition to the foregoing, I believe that the court should consider the following additional information:

Lack of income, motion of re payment of fee waived

-3-

priorly Jan 26th
_____

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2023
(Date)

Damon Lamont Wheeler
Signature of Plaintiff

DAmon Lamont Wheeler
Name (print or type)

330 W. 2nd ST N.
Address

Wichita    KS    67202
City        State    Zip Code

219-546-9289
Telephone Number

quotateddisaster17@gmail.com
E-Mail Address

~4~

CERTIFICATE OF SERVICE

(For Registered Electronic Filing Users)

I hereby certify that on  *February 1, 2023* , I electronically filed the foregoing document with the clerk of
(Date)

the court by using the CM/ECF system which will send a notice of electronic filing to the following:

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ _____

Name _____

Address _____

_____

Phone Number _____

Email Address _____

CERTIFICATE OF SERVICE

(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on  2-13-23 , I served the foregoing document by depositing a true and

(Date)

correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

*[for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ _____

Name _____

Address _____

_____

Phone Number _____

Email Address _____

˅5˅