FILED
U.S. District Court
District of Kansas

FEB 13 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

# United States District Court

## District of Kansas

Damon Lamont Wheeler

Plaintiff

- Vs-                    Case No: 22-1250-TC-KGG

Coleman et. Al

Defendant

*attach*
*Amended Appeal*

## Motion To Appeal

In Conjunction Under 28 U.S.C. S. 1292 with the complaint charge the Kansas Human Rights Commission (Talesin Newson) proceeding with the Equal Employment Opportunity Commission approval with the Right to Sue Letter by (Kenneth Watters) for this trier of fact by plaintiff Damon Lamont Wheeler entered in Motion To Show Cause order adhering to the honorable Magistrate judge's order in solution finding that Wendy's Cotti Food's Midwest were in Violation of Kansas Statue Annotated law 44-808 or restraint with One or more employees without following any definite determined reason of rightful termination Wilson v City of Littleton 732 F. 2d 765, 768 10 circuit 1984 without no verbal warning, communication without following Wendy's Cotti Food's

Employee code of Conduct mandated by the Wendy's Cotti Food's Corporation. As an employee of the Wendy's Cotti Food's Corporation from September 2019 to January 3rd of 2022 Damon L. Wheeler has always included which being a member of a Latino Structuralized organization in which Wrongful Termination Under K.S.A. 44-808 Compromising Religion as plaintiff Damon Lamont Wheeler would have moments to remain Spiritual While assisting with staff and or disgruntled consumers while on shift. Violation of Sex Happened while antagonizing remarks were made from the assistant store manager Richard (Rick) noting that Plaintiff Damon Lamont Wheeler would never compromise his sexuality, responsibilities as a staff member of Wendy's Cotti Food's Midwest, in which plaintiff notified management Jose, Jasmine Bell, and Chance Taylor of Sexual Antagonizing remarks made by Male subject Assistant store Manager (Rick), violating the first amendment Rights toward another employee Conway v Smith, 853 F.2d 789 797

Retaliation using mental health Diagnosis Schizoaffective disorder with Axis Two Binomial trait treatable with properly prescribed medication Documented since November 2009 by licensed T.A. Moler to the Social Security Administration ,violated the ground of Americans with Disabilities Act -Employment when plaintiff Damon Lamont Wheeler was the recipient of Social Security Disability Insurance Benefits Until Suspension of benefits with An administrative law hearing set for April 2023 before an Administrative Law Judge. As grounds for termination instead of Practicing the open door policy Relief was sought for meeting with employees or upper area management including transfer to another location. Plaintiff Damon Lamont Wheeler does not have a certification of Law practice by any bar association as to why Legal Counsel is needed for appointment. Active damages by the plaintiff are sought after searching for gainful employment one year and several months, from Lack of wages not earned in the timespan from January 3,2022 until present until Disposition of case is resolved by appointing for good cause granted by asking that legal counsel is granted by the United States District Court.

*Damon L Wheeler*
330 W. 2nd St N
Wichita, KS 67202
219-546-9289
guutabeddisasterr7@gmail.com