FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

March 1, 2023

Christopher M. Wolpert
Clerk of Court

_____

DAMON LAMONT WHEELER,

    Plaintiff - Appellant,

v.

COLEMAN USA; COTTI FOODS MIDWEST, INC.; B&B AIRPARTS, INC.; FOCUS WORKFORCE MANAGEMENT, INC.; WENDY'S; MCDONALDS CORPORATION; DILLONS FOOD STORE; HYATT REGENCY HOTEL,

    Defendants - Appellees.

No. 23-3008
(D.C. No. 6:22-CV-01250-TC-KGG)
(D. Kan.)

_____

**ORDER**
_____

Before **PHILLIPS**, **McHUGH**, and **MORITZ**, Circuit Judges.
_____

    This matter is before the court on: (1) the jurisdictional show cause order it issued on January 18, 2023, challenging the finality of the district court order that *pro se* Appellant Damon Lamont Wheeler seeks to appeal from; and (2) Appellant's response to that order. Upon consideration of the response, the district court's docket, and the applicable law, the court dismisses the appeal for the reasons set forth below.

    Except in certain circumstances not present here, this court's appellate jurisdiction is limited to review of final decisions. 28 U.S.C. § 1291; *Montez v. Hickenlooper,* 640 F.3d 1126, 1132 (10th Cir. 2011). "[A] 'final decision' is one that ends the litigation on

the merits and leaves nothing for the court to do but execute the judgment." *Ray Haluch Gravel Co. v. Cent. Pension Fund*, 134 S. Ct. 773, 779 (2014) (citation omitted). In other words, "[a] final judgment is one that terminates all matters as to all parties and causes of action." *Utah v. Norton*, 396 F.3d 1281, 1286 (10th Cir. 2005) (internal quotation marks omitted). "In this circuit the law is clear that a denial of appointment of counsel by the district court is not considered a final judgment." *Nutter v. Kansas State Univ.*, 930 F.2d 34 (10th Cir. 1991).

Here, the district court's January 4, 2023 order denying Appellant's motion to object, by which he expressed disagreement with the court's prior orders and requested appointment of counsel, is not a final appealable decision. Because the district court has not entered final judgment in the underlying action, this court lacks jurisdiction to consider this appeal.

APPEAL DISMISSED.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Candice Manyak
Counsel to the Clerk