### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMON LAMONT WHEELER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLEMAN USA, et al., )<br>)<br>Defendants. )<br>)<br>) | Case No. 6:22-cv-01250-TC-JGG |

### **ENTRY OF APPEARANCE**

Andrew J. Lewis of the law firm of Scharnhorst Ast Kennard Griffin PC enters his appearance as counsel for Defendant Cotti Foods Midwest in the above-captioned matter.

    Respectfully submitted,

    *s/ Andrew J. Lewis*
    Brent N. Coverdale    KS #18798
    Andrew J. Lewis    KS #78849
    SCHARNHORST AST KENNARD GRIFFIN, PC
    1100 Walnut Street, Suite 1950
    Kansas City, MO 64106-2197
    Tel: (816) 268.9400
    Fax: (816) 268.9409
    Email: bcoverdale@sakg.com
           alewis@sakg.com

    Daniel F. De La Cruz (*pro hac vice in process*)
    Sheppard Mullin
    501 W. Broadway, 19th Floor
    San Diego, CA 92101-3598
    Telephone: (619) 338-6500
    Facsimile: (619) 515-4158
    Email: ddelacruz@sheppardmullin.com

    *Counsel for Defendant Cotti Foods Midwest*

**CERTIFICATE OF SERVICE**

      I certify that a true copy of the foregoing was filed via the Court's CM/ECF system this 16th day of March, 2023, and that a copy was mailed via U.S. mail, first class postage prepaid, to:

Damon Lamont Wheeler
330 W. 2nd St. N.
Wichita, KS  67202.

                                              */s/ Andrew J. Lewis*
                                              Counsel for Defendant Cotti Foods Midwest