IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMON LAMONT WHEELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 6:22-cv-01250-TC-KGG |
| COLEMAN USA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**DEFENDANT COTTI FOODS MIDWEST'S RESPONSE TO PLAINTIFF DAMON LAMONT WHEELER'S MOTION TO SHOW CAUSE**

Since the March 20, 2023 Scheduling Conference before this Court, Cotti Foods Midwest ("Cotti Foods" or "Defendant") has negotiated in good faith with Plaintiff Damon Wheeler ("Mr. Wheeler"). As Cotti Foods understands it, Mr. Wheeler is seeking an order to show cause regarding Cotti Food's alleged failure "to remain[] in contact to reach the compromising settlement value," apparently in violation of the Court's March 21, 2023 Order ("Order," Doc. 42). On the contrary, Cotti Foods has abided by the Order. As such, there is no basis for any order to show cause, and Mr. Wheeler's Motion should be denied.

**ARGUMENT**

The Order required Mr. Wheeler to "submit a good-faith settlement proposal to defendant by April 14, 2023." (Doc. 42, p. 4). It required Cotti Foods to "make a good-faith counter proposal by April 28, 2023." (*Id.*). Each party has satisfied the respective proposal requirements under the Order.

Immediately following the Scheduling Conference, Cotti Foods extended a good-faith settlement offer to Mr. Wheeler. Mr. Wheeler rejected the offer and subsequently countered with

a demand. Over the following weeks, the parties continued exchanging counters. Last week, the parties appeared to be relatively close to an agreement. (*See e.g.* Doc. 46-1, p. 3). Rather than continue the negotiation, Mr. Wheeler instead filed the instant Motion. Cotti Foods is unclear what Mr. Wheeler believes requires the Court's attention or what relief the Court can provide.

Nonetheless, as stated, Cotti Foods abided by the Order by making multiple good-faith offers prior to April 28, 2023. Therefore, there is no basis for any order to show cause, and Mr. Wheeler's Motion should be denied.

Dated: May 26, 2023

Respectfully submitted,

*/s/ Andrew J. Lewis*
Brent N. Coverdale         KS #18798
Andrew J. Lewis            KS #78849
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut Street, Suite 1950
Kansas City, MO  64106-2197
Tel: (816) 268.9400
Fax: (816) 268.9409
Email: bcoverdale@sakg.com
          alewis@sakg.com

*Counsel for Defendant Cotti Foods Midwest*

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff.

*s/ Andrew J. Lewis*
Attorney for Defendant Cotti Foods Midwest