# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMON LAMONT WHEELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 6:22-cv-01250-TC-KGG |
| COLEMAN USA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), plaintiff Damon Lamont Wheeler, pro se and defendant Cotti Foods Midwest, by and through its undersigned counsel, hereby stipulate that this action and all claims asserted herein shall be dismissed **with prejudice**.

Plaintiff and Defendant further agree and stipulate that each party shall bear its own costs, fees, and expenses incurred in this action.

STIPULATED AND AGREED:

*/s/ Damon L. Wheeler*
DAMON LAMONT WHEELER
Plaintiff

*/s/*
Brent N. Coverdale          KS #18798
Andrew J. Lewis             KS #78849
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106-2197
Tel: (816) 268.9400
Fax: (816) 268.9409
Email: bcoverdale@sakg.com
       alewis@sakg.com
*Counsel for Defendant Cotti Foods Midwest*